IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **SAMUDRAGUPTA SANYAL** § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **OFFICER JEREMY CREECH,** § <br> **IN HIS INDIVIDUALY CAPACITY,** § <br> **GALVESTON COUNTY SHERIFF'S** § <br> **OFFICE, AND GALVESTON COUNTY** § <br> *Defendants.* § | **CAUSE NO. 3:24-CV-00325** |

## PLAINTIFF'S EXPERT WITNESS DISCLOSURES

### I.  INTRODUCTION

COMES NOW, Plaintiff, **SAMUDRAGUPTA SANYAL**, Individually, and makes his Expert Witness Disclosures pursuant to the FED. R. CIV. P. 26 (a)(2) and the applicable scheduling order dated July 8, 2025 as follows: Plaintiff Sanyal reserves the right to supplement and/or amend these disclosures.

### RETAINED EXPERTS

A. Plaintiff Sanyal discloses the following persons that he may use at trial to present evidence under Federal Rules of Evidence 702, 703, or 705.

A. **David T. Snively, PH.D.** will provide expert testimony. A complete statement of all his opinions in this matter, the basis and reasons for them, the facts and/or data considered by him in forming his opinion, his qualifications including a list of all publications he has authored, a

list of all other cases in which he has testified as an expert at trial, and a statement of his compensation is attached. This expert's written report, which conforms to all of the requirements of Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, is attached to these disclosures as **Exhibit "A."** which includes his curriculum vitae.

B.  **Edward A. Rose, Jr., Attorney at Law**

Attorney Rose will testify as to the reasonable, necessary, usual, customary and equitable attorney fees to bring this action, including appeal if needed. Attorney Rose will testify as to the attorney fees incurred by any party to this suit again including appeal if needed. Attorney Rose will also opine that the total fees that Plaintiff has incurred thus far are reasonable, necessary, usual, customary, equitable and just for the protection of Plaintiff's interests. Attorney Rose's opinions are based on his experience as an attorney having been an attorney licensed to practice in the States of California (1995), Alaska (2010), Texas (2012), Missouri (2014) and New York (2017).

C.  **Kent Motamedi, Attorney at Law**

Attorney Motamedi will testify as to the reasonable, necessary, usual, customary and equitable attorney fees to bring this action, including appeal if needed. Attorney Motamedi will testify as to the attorney fees incurred by any party to this suit again including appeal if needed. Attorney Motamedi will also opine that the total fees that Plaintiff has incurred thus far are reasonable, necessary, usual, customary, equitable and just for the protection of Plaintiff's interests having been an attorney licensed in the State of Texas since 2019.

Dated: January 30, 2026        Respectfully submitted,

**/s/ Edward A. Rose, Jr.**

By Edward A. Rose, Jr. Attorney at Law

Edward A. Rose, Jr., Attorney at Law, PC

Attorney-in-Charge

SBN: 24081127

3027 Marina Bay Drive Suite 208

League City, Texas 77573

Phone: 713-581-6029

Fax: 832-201-9960

edrose@edroseattorneycpa.com

**/s/ Kent Motamedi**

By: Kent Motamedi, Attorney at Law

Motamedi Law, PLLC

SBN: 24107233

952 Echo Lane, Suite 320

Houston, Texas 77024

Phone: 832-582-5867

kent@motamedilaw.com

*Attorneys for Plaintiff*
*SAMUDRAGUPTA SANYAL*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been filed with the Court through the Court CM/ECF system on January 30, 2026.

**MCLEOD, ALEXANDER, POWEL, & APFFEL, P.C.**
*Bryan R. Lasswell*
Attorney-in-Charge
Federal Bar No. 15715
SBOT: 00784450
*Genevieve Bacak McGarvey*
Federal Bar No. 11272
SBOT: 01487525
802 Rosenberg- P.O. Box 629.
Galveston, Texas 77553
T: (409) 763-2481
F: (409) 762-1155
E:  brlasswell@mapalaw.com
E:  gbmcgarvey@mapalaw.com
*Attorneys for Defendant*
*Jeremy Creech*

/s/ Edward A Rose, Jr.
Edward A. Rose, Jr.